

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00290-CR

| | | |
|---|---|---|
| RAFAEL VILLARD, Appellant | § | On Appeal from |
| | § | Criminal District Court No. 3 |
| | § | of Tarrant County (1454393D) |
| V. | § | September 26, 2019 |
| | § | Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr